

U. S. Bankruptcy Court for the Northern District of Georgia

RE: Proof of Claim Withdrawal
Name: Leonard Parker Jr.
Case No.  15-55821

To Whom It May Concern:

This letter is to serve as a written request by Springcastle Finance Funding Trust, formerly known as American General Finance, to withdraw entry number 7 filed on case number 15-55821 dated 05/04/2015
Thank you for your assistance in this matter.  If further assistance is needed, please call (800) 266-9800.

Sincerely,


Sarah Hoffman
 **Sr. Bankruptcy Support Specialist**
**Default Management Group**
**Springleaf Financial Services**

P.O. Box 3251 Evansville, IN   |  Ph: 800.266.9800  |  Fax: 812.492.2058